UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 21832
    GLENDA A MCFADDEN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-4179
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/20/2007 and was confirmed 02/04/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO ACQUISITIONS L | UNSECURED | 808.73 | .00 | .00 |
| CITIFINANCIAL AUTO CREDI | SECURED VEHIC | 8425.00 | 222.49 | 778.39 |
| FISHER & SHAPIRO | NOTICE ONLY | NOT FILED | .00 | .00 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL AUTO CREDI | UNSECURED | 12928.90 | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | 398.00 | .00 | 105.00 |
| AMERICASH LOAN | UNSECURED | NOT FILED | .00 | .00 |
| BAKER MILLER MARKOFF & K | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1161.07 | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/99 | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | ATTORNEY | 3464.00 | .00 | 3464.00 |
| SUN CASH OF WI LLC | UNSECURED | NOT FILED | .00 | .00 |
| WESTSIDE EMERGENCY PHYS | UNSECURED | 222.00 | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 392.72 |
| DEBTOR REFUND | REFUND | | | 974.52 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,937.12 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 883.39 |
|   INTEREST | | 222.49 |

```
UNSECURED                                                        .00
ADMINISTRATIVE                                              3,464.00
TRUSTEE COMPENSATION                                         392.72
DEBTOR REFUND                                                974.52
                              ----------------     ----------------
TOTALS                             5,937.12             5,937.12
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
    Dated: 10/23/08     _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE